**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| DANNY L. ABBOTT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 15-211 |
| | ) | |
| v. | ) | Filed: April 22, 2026 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On April 21, 2026, Plaintiffs filed two Notices of Acceptance of the United States' Offer of Judgment in accordance with Rule 68(a) of the Rules of the United States Court of Federal Claims ("RCFC"). ECF Nos. 270, 271. As stated by the Government, "[e]ach accepted offer of judgment concludes all claims for just compensation, including interest, and encompasses any and all claims for damages and just compensation which were alleged or could have been alleged by the respective plaintiffs in this action." *E.g.*, Offer of J. at 2, ECF No. 270-1.

The Court has determined pursuant to RCFC 54(b) that there is no just reason for delay and thus directs the Clerk to enter judgment in favor of the accepting plaintiffs in the total amount of $500,690 for just compensation and interest through September 30, 2025, plus additional interest of $71.26 per day from September 30, 2025, until the judgment is paid, to be distributed in accordance with the figures shown in the table below.

| Count[1] | Plaintiff(s)[2] | Offer Plus Interest to 9/30/2025 | Per Diem Interest |
|---|---|---|---|
| 2 | Robert W. Heflin, II | 79,443 | 11.31 |
| 10 | Charlotte Crouch, Trustee of the Charlotte A. Crouch Trust | 5,183 | 0.74 |
| 12 | Kathryn N. Hutchison, Trustee of the Kathryn N. Hutchison Revocable Inter Vivos Trust, U/T/A dated November 13, 2008 | 14,989 | 2.13 |
| 14 | Jason E. & Jennifer L. Brotherton, for the Estate of Brenda G. Brotherton | 2,394 | 0.34 |
| 16 | Howard A. Monzyk, III & Jennifer L. Monzyk | 5,324 | 0.76 |
| 18 | Luann Freiberger and Livona A. Lopshire, for the Estate of Brenda E. Freiberger | 20,217 | 2.88 |
| 19 | Ward E. Fischer, Trustee of the Ward E. and M. Jo Ann Fischer Trust | 22,896 | 3.26 |
| 20 | Debra Inman & Pamela S. Biles, for the Estate of Laverne Lunsford | 24,022 | 3.42 |
| 22 | Calvin Dean Taylor & Leta Taylor (f/k/a Cathy Taylor) | 1,121 | 0.16 |
| 24 | Del Yamnitz, Inc. | 27,124 | 3.86 |
| 26 | Henry W. & Pat R. Humme, Co-Trustees of the Henry W. and Pat R. Humme Revocable Trust dated March 13, 2014 | 6,859 | 0.98 |
| 28 | Joe L. Horner, Trustee of the Joe L. Horner Living Trust | 8,857 | 1.26 |
| 35 | Vicki Brown, Doris Hoffman, Wilbert Wankum, Jr., Ronda Binkley, Joseph Wankum, Kevin Wankum, Patrick Wankum & Julia Harrison | 9,272 | 1.32 |
| 39 | James Phillip Samson & Rebecca L. Samson, Trustees of the Samson Family Trust, dated January 7, 1998 | 5,846 | 0.83 |

---

[1] The numbers in this column correspond to the numbers in the "Count" columns of the charts attached to the Government's Offers of Judgment. *See, e.g.*, ECF No. 270-1 at 4.

[2] Accepting plaintiffs are listed as named in the Fifth Amended Complaint. *See* ECF No. 268.

2

| | | | |
|---|---|---|---|
| 40 | S E B, L.P. | 15,127 | 2.15 |
| 43 | Alison Margaret Pensy, Trustee of the Alison Margaret Pensy Revocable Trust, dated June 19, 2009 | 8,457 | 1.20 |
| 54 | Denise A. Peth, Trustee of the Mildred A. Sassmann Revocable Living Trust, dated August 29, 2005 | 6,071 | 0.86 |
| 55 | Jeff L. Heintz, II & Jessami Heintz | 10,946 | 1.56 |
| 71 | Tina Yawn, for the Estate of Terry Ray Stevens | 21,875 | 3.11 |
| 74 | Kathryn S. Baker, Trustee of the Kathryn S. Baker Revocable Trust, dated June 16, 1995 | 10,073 | 1.43 |
| 76 | Kenneth T. Klebba, Trustee of the Kenneth T. Klebba Family Living Trust and Betty S. Klebba, Trustee of the Betty S. Klebba Family Living Trust | 159,264 | 22.67 |
| 82 | Virginia K. McEnroe, Trustee of the Virginia K. McEnroe Trust, U/T/A dated May 28, 1993 | 35,330 | 5.03 |
| **Totals** | | **$500,690** | **$71.26** |

**SO ORDERED**.


Dated: April 22, 2026　　　　　　　　　　*/s/ Kathryn C. Davis*　　　　　　　
　　　　　　　　　　　　　　　　　　　　KATHRYN C. DAVIS
　　　　　　　　　　　　　　　　　　　　Judge